IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEJUAN HAYNES, | 4:18-cv-00436-CRW-HCA |
| Plaintiff, | |
| vs. | |
| BRYAN MINNEHAN, RYAN STEINKAMP, DANA WINGERT, and CITY OF DES MOINES, IOWA, | ORDER SETTING STATUS CONFERENCES |
| Defendants. | |

The Court will conduct status conferences by telephone for this case pursuant to the following schedule:

April 8, 2019  at 11:00 AM
June 12, 2019  at 11:00 AM
August 13, 2019  at 11:00 AM
October 9, 2019  at 11:00 AM
December 12, 2019  at 11:00 AM
February 14, 2020  at 11:00 AM

To join the telephonic status conferences, counsel shall call the court's conference line at 1-877-336-1829  and enter access code 1176783  at the prompt to join the call.

The parties shall provide the court by email a list of any proposed matters to be discussed during a status conference no less than 48-hours prior to the conference. The list may be submitted jointly or separately by each party.

If the parties indicate there are no matters to discuss, the court will determine whether to cancel the conference. The email shall be sent to the court's chambers, with copies to all counsel,

at the following addresses: Helen_Adams@iasd.uscourts.gov, Kay_Bartolo@iasd.uscourts.gov, and Ian_Kinghorn@iasd.uscourts.gov.

IT IS SO ORDERED.

Dated January 31, 2019.

Helen C. Adams
Chief U.S. Magistrate Judge