IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| DEJUAN HAYNES,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN MINNEHAN and RYAN STEINKAMP, individually and in their official capacity as a law enforcement officers for the Des Moines, Iowa Police Department; DANA WINGERT, individually and in his official capacity as chief of police for the Des Moines, Iowa Police Department; and CITY OF DES MOINES, IOWA<br><br>Defendants. | 4:18-CV-00436-RGE-HCA<br><br>ORDER CANCELING ALL DEADLINES AND HEARINGS AND FOR CLOSING DOCUMENTS |

The parties have notified the Court that a settlement agreement has been reached as of January 10, 2023. Accordingly, all deadlines and hearings are canceled.

Closing documents shall be filed by March 13, 2023. If no closing documents are filed, pursuant to LR 41(c) the Court may order dismissal of this action without further notice. Within 60 days of a dismissal order, either party may petition to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

IT IS SO ORDERED.

DATED January 10, 2023.

Helen C. Adams
Chief U.S. Magistrate Judge